NUMBER 13-11-00226-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

IN THE INTEREST OF
A.N.A. AND P.J.A. II, CHILDREN ____________________________________________________________

 

                            On
appeal from the 73rd District Court

                                         of
Bexar County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                          Before Justices
Garza, Vela, and Perkes

Memorandum Opinion
Per Curiam

 

Appellant,
Patrick J. Aranda, filed an appeal from an order signed on January 5, 2011, in
cause no. 2008-EM5-01918.  On May 19, 2011, the Clerk of this Court notified
appellant that the clerk's record in the above cause was originally due on March
15, 2011, and that the deputy district clerk, Consuelo E. Gomez, had notified
this Court that appellant failed to make arrangements for payment of the
clerk's record.  The Clerk of this Court notified appellant of this defect so
that steps could be taken to correct the defect, if it could be done.  See
Tex. R. App. P. 37.3,
42.3(b),(c).   Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this notice, the appeal would be
dismissed for want of prosecution. 

On
May 13, 2011, the Clerk of the Court notified appellant that he was delinquent
in remitting a $175.00 filing fee.  The Clerk of this Court notified appellant
that the appeal was subject to dismissal if the filing fee was not paid within
ten days from the date of receipt of this letter.  See id.
42.3(b),(c). 

Appellant
has failed to respond to this Court’s notices and has failed to pay the filing
fee.  Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.  See
Tex. R. App. P. 42.3(b), (c). 

 

PER
CURIAM

 

Delivered and filed the

11th day of August, 2011.